## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

| | | |
|---|---|---|
| In the matter of: | ) | |
| | ) | Chapter: 7 |
| KENNETH STANFIELD | ) | Case No.: 15-60261 |
| Debtor(s) | ) | |
| | ) | |
| KENNETH STANFIELD | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| CAVALRY SPV I LLC | ) | |
| | ) | |
| Respondent(s) | ) | |

## NOTICE OF MOTION TO REDEEM PERSONAL PROPERTY UNDER SECTION 722

Debtor(s) has filed a Motion with the court seeking permission to redeem personal property under section 722.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the motion, or if you wish the Court to consider your views on the motion, you must file a written request for a hearing with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your request for hearing to the Court, you must mail it early enough so that it will be received before the time referenced above.

Any request for a hearing must also be mailed to the moving party and all other persons indicated in the certificate of service attached to these pleadings.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the relief sought in the motion and will enter an order granting it.

Date  11-16-15                                              _Kimberly S. Ward_
                                                                          Attorney for Debtor

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

[Rev. 12/2012]

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KENNETH STANFIELD ) | CHAPTER 7 |
| ) | CASE NO. 15-60261 |
| Debtor. ) | |

**MOTION TO REDEEM PERSONAL PROPERTY**

COMES NOW Debtor Kenneth Stanfield, by and through counsel, and files this motion to redeem a Yamaha 4 wheeler pursuant to 11 U.S.C. § 722 and represents to the Court the following:

1.

Debtor Kenneth Stanfield ("Debtor") filed this case on May 29, 2015 as a Chapter 13 and converted to Chapter 7 on August 27, 2015.

2.

The item of personal property involved is a Yamaha 4 wheeler, which is intended primarily for personal, family or household use. Upon information and belief, Cavalry SPV I, LLC holds a security interest in the Yamaha 4 wheeler.

3.

Debtor contends that the fair market value of the property to be $200.00 and wishes to redeem the Yamaha 4 wheeler and pay Cavalry SPV I, LLC the amount of $200.00.

WHEREFORE, Debtor moves the Court grant this motion and enter an order permitting the Debtor to redeem the Yamaha 4 wheeler for $200.00, and require Cavalry SPV I, LLC to release its lien on the 4 wheeler upon receipt of said funds.

This 16th day of November, 2015.

H. LEHMAN FRANKLIN, P.C.

/s/ Kimberly S. Ward
KIMBERLY S. WARD
Attorney for Debtor
Georgia Bar No. 682042

P.O. Box 1064
Statesboro, GA 30459
(912) 764-9616
hlfpcbankruptcy@hotmail.com

## CERTIFICATE OF SERVICE

      This is to certify that I have this date served a copy of the foregoing Motion to Redeem Personal Property by placing same in the United States Mail with adequate postage affixed thereto and properly addressed to:

                Cavalry SPV I, LLC
                c/o Bass & Associates
                Attn: Agent/Officer
                3936 E Fort Lowell Road, Suite 200
                Tucson, Arizona 85712-1083

                Capital One
                Attn: Agent/Officer
                P.O. Box 30285
                Salt Lake City, UT 84130-0285

                Atlantic Credit & Finance
                Attn: Agent/Officer
                P.O. Box 13386
                Roanoke, VA 24033

      This is to certify that I have this date electronically served a copy of the foregoing Motion to Redeem Property upon James C, Overstreet, Jr., Chapter 7 Trustee, and Matthew E. Mills, Assistant U.S. Trustee.

      This 16th day of November, 2015.

                H. LEHMAN FRANKLIN, P.C.

                */s/ Kimberly S. Ward*
                Kimberly S. Ward
                Georgia Bar No. 682042
                Attorney for Debtor

P.O. Box 1064
Statesboro, GA 30459
(912)764-9616
hlfpcbankruptcy@hotmail.com