UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | ) | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-60261 |
| | ) | |
| KENNETH STANFIELD, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | |

CALVARY SPV I LLC'S RESPONSE
TO DEBTOR'S MOTION TO REDEEM
PERSONAL PROPERTY AND REQUEST FOR HEARING

**COMES NOW,** Calvary SPV I LLC (hereinafter, "Calvary"), a secured creditor in the above-captioned case, by and through counsel, Brock & Scott, PLLC, and responds to the Debtor's motion to redeem personal property, and respectively shows the Court as follows:

1. On May 29, 2015, the Debtor filed a petition with the Bankruptcy Court for the Southern District of Georgia under Chapter 13 of Title 11 of the United States Code which was converted to a Chapter 7 on August 27, 2015.

2. As of the date of the filing of the bankruptcy petition, the Debtor owned a Yamaha 4 wheeler (hereinafter "Vehicle").

3. On November 16, 2015, Debtor filed a Motion to Redeem Personal Property under Section 722 in which it moved the Court to Redeem the Vehicle for $200.00

4. Calvary alleges that the Vehicle is worth considerably more than the value listed in the Debtor's motion and as such, the Debtor should not be allowed to redeem the vehicle for $200.00.

5. Calvary requests that a hearing be set on the Debtor's Motion.

1

**WHEREFORE**, Calvary prays the Court grant the following relief:

1. Set this matter for hearing at a date and time later to be determined by the Court.

2. That the Debtor's motion be denied.

3. For such other and further relief that the Court may deem just and proper.

This 4th day of December, 2015.
.

/s/ Travis E. Menk
Travis E. Menk (GA. Bar No. 632610)
Attorney for Calvary SPV I LLC
Brock & Scott, PLLC
5121 Parkway Plaza Blvd Suite 300
Charlotte, NC 28217
Ph : (704) 369-0676 x3004

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | CASE NO. 15-60261 |
| KENNETH STANFIELD, | ) ) ) | CHAPTER 7 |
| DEBTOR | ) |  |

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the CALVARY SPV I LLC'S RESPONSE TO DEBTOR'S MOTION TO REDEEM PERSONAL PROPERTY AND REQUEST FOR HEARING in the above captioned case were this day served upon the below named persons via electronic service or by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

| Kenneth Stanfield<br>P O Box 421<br>Metter, GA 30439 | Kimberly S. Ward<br>H. Lehman Franklin, PC<br>P O Box 1064<br>Statesboro, GA 30459 | James C. Overstreet, Jr.,<br>Trustee<br>Klosinski Overstreet, LLP<br>7 George C. Wilson Court<br>Augusta, GA 30909 | U. S. Trustee<br>Office of the U. S. Trustee, 7<br>Johnson Square Business Center<br>2 East Bryan Street, Ste 725<br>Savannah, GA 31401 |
|---|---|---|---|

This 4th day of December, 2015.

*/s/ Travis E. Menk*
Travis E. Menk
Brock & Scott, PLLC
5121 Parkway Plaza Blvd Suite 300
Charlotte, NC 28217
Ph : (704) 369-0676 x3004
Fax: (704) 369-0760
gabkr@brockandscott.com

3