UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | CASE NO. 15-60261-JSD |
| KENNETH STANFIELD | ) | CHAPTER 7 |
| DEBTOR | ) | Judge John S. Dalis |
| | ) | |

**NOTICE OF APPEARANCE OF BASS AND ASSOCIATES PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING REAL PROPERTY LOCATED AT 153 BOSS LANIER ROAD, METTER, GA 30439**

NOW COMES Bass and Associates by and through its attorney Brock and Scott, pursuant to Bankruptcy Rule 9010 (b) and makes its appearance as a secured creditor in this cause and requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott
5121 Parkway Plaza Boulevard, Suite 300
Charlotte, NC 28217
gabkr@brockandscott.com

Bass and Associates
3936 East Ft. Lowell Road
Tucson, AZ 85712

RESPECTFULLY SUBMITTED,

/s/ Travis E. Menk
Travis E. Menk (GA. Bar No. 632610)
Brock and Scott, PLLC
5121 Parkway Plaza Boulevard, Suite 300
Charlotte, NC 28217
Phone: (704) 643-0290
Fax (704) 369-0760
Travis.Menk@brockandscott.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on December 8, 2015 to the following:

Kenneth Stanfield
P O Box 421
Metter, GA 30439


Kimberly S Ward
P O Box 1064
Statesboro, GA 30459


James C. Overstreet, Jr., Trustee
7 George C. Wilson Court
Augusta, GA 30909



      /s/ Demetrois Meadows
      Demetrois Meadows